IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 4:11CR3063 |
| v. | ) ) | |
| ALAN WAYNE MATTISON, | ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Mattison's Unopposed Motion to Continue Plea Hearing, filing 18, from September 29, 2011, for approximately forty-five (45) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Mattison's plea hearing shall be continued until the 14th day of November, 2011, at 2:00 p.m. Mr. Mattison is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Mattison's motion, the ends of justice will be served by continuing Mattison's plea hearing. Further, the Court finds that taking such action outweighs the best interests of the public and Mattison in a speedy trial. Accordingly, the time from September 29, 2011, until the date next set shall be excludable time, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 27th day of September, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge