IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3063 |
| | ) | |
| v. | ) | |
| | ) | SECOND AMENDED TENTATI VE |
| ALAN WAYNE MATTISON, | ) | FINDINGS ON THE PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| Defendant. | ) | |
| | ) | |

The defense counsel by e-mail has confirmed that the criminal history category points assessed in paragraphs 45 and 47 are correct. No objections, therefore, are made to the Presentence Investigation Report. I find that the Presentence Investigation Report is true and accurate in toto.

Dated February 7, 2012.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge