IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:11CR3063 |
| vs. | ORDER |
| ALAN WAYNE MATTISON, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 66) is granted.

2. Defendant Alan Wayne Mattison's violation of supervised release hearing is continued to March 11, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 23rd day of November, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge