UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
            **Plaintiff**

v.                                            Case Number 4:11CR3063-001

                                              USM Number: 24233-047

**ALAN WAYNE MATTISON**
            **Defendant**

                                              **JESSICA L. MILBURN**
                                              **Defendant's Attorney**

_____

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Special Conditions 2 and 4 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 3. (Special Condition #2) | Paragraph #7 of the Standard Condition of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance. | June 3, 2015 |
| 4. (Special Condition #4) | The defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer. | January 15, 2016 |

Original Offense: Felon in possession of firearm in violation of 18 USC 922(g)(1)

The defendant is sentenced as provided in pages 3 and 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Original petition, amended petition, allegations 1 and 2 of the second amended petition, and the 2nd Petition are dismissed on the motion of the United States.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within fourteen (14) days of this date pursuant to Fed. R. App. P. 4.

The defendant shall cooperate in the collection of DNA, pursuant to Public Law 108-405 (Revised DNA Collection Requirements under the Justice for All Act of 2004).

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
August 19, 2016

s/ John M. Gerrard
United States District Judge

August 22, 2016

Defendant: ALAN WAYNE MATTISON Page 3 of 4
Case Number: 4:11CR3063-001

## IMPRISONMENT

The defendant's term of supervised release is revoked.  Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **until December 8, 2016** with **no supervised release to follow**.

The Court makes the following recommendation to the Bureau of Prisons: None

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

 _____
 Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

 _____
 UNITED STATES WARDEN

 By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

 _____
 UNITED STATES WARDEN

 By:_____

Defendant: ALAN WAYNE MATTISON   Page 4 of 4
Case Number: 4:11CR3063-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (paid) (Receipt # 4-5184) | | |

## FINE

No fine imposed.

## RESTITUTION

No restitution was ordered.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk

4:11-cr-03063-JMG-CRZ   Doc # 98   Filed: 08/22/16   Page 4 of 4 - Page ID # 209